**Opinion issued June 16, 2026**



# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-26-00595-CV

———————————

## IN RE GARY HORNESKI, M.D, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On May 1, 2026, the trial court issued an order granting Real Party in Interest Cheryl Price's motion to consolidate her underlying action against Relator Gary Horneski, M.D with ten previously consolidated cases against Relator.[1] The ten previously consolidated cases—filed by Real Parties in Interest Nina Boaz-Sweeten, Michelle Cleveland, Evelyn George, Chelin Mira, Nicole Smuhar, Miranda Brown,

---

[1] The underlying case is *Cheryl Prince v. Gary Horneski, M.D.*, cause number 111019-CV, pending in the 412th Judicial District Court of Brazoria County, Texas, the Honorable Justin R. Gilbert presiding.

Michelle Gilbert, Tyishia Ridge, Wanda Blakeslee, and Helen Abrams—were consolidated pursuant to orders issued on May 12, 2022 and August 22, 2023. On June 8, 2026, Relator filed a petition for writ of mandamus challenging consolidation of all eleven cases and their related orders, requesting that our Court "grant Mandamus and order the trial court to unwind its consolidation of these eleven plaintiffs, either severing them outright, or order separate trials for each of them." We deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.